# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SYLVESTER BARBEE                                                    PLAINTIFF

v.                          No: 4:17-cv-697 DPM

DOC HOLLADAY, Jail Administrator,
Pulaski County Regional Detention Facility                          DEFENDANT

## ORDER

1. The Court withdraws the reference.

2. Barbee hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2017