# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SYLVESTER BARBEE                                          PLAINTIFF

v.                          No: 4:17-cv-697 DPM

DOC HOLLADAY, Jail Administrator,
Pulaski County Regional Detention Facility                DEFENDANT

## JUDGMENT

Barbee's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2017